UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RUBEN RUBY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. |
| | ) |
| INDIANA DEPARTMENT | ) |
| OF TRANSPORTATION | ) |
| | ) |
| Defendant. | ) |
| | ) |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

**I. NATURE OF THE CASE**

1. Plaintiff, Ruben Ruby ("Ruby" or "Plaintiff"), by counsel, brings this action against Defendant, Indiana Department of Transportation, ("Defendant"), for violating the Americans with Disabilities Act of 1990 ("ADA"), as amended, 42 U.S.C. §12101 *et seq.*, Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e *et. seq.*, and Indiana law.

**II. PARTIES**

2. Ruby is a resident of Hancock County in the State of Indiana, who at all times relevant to this action resided within the geographical boundaries of the Southern District of Indiana.

3. Defendant routinely conducts business within the geographical boundaries of the Southern District of Indiana.

**III. JURISDICTION AND VENUE**

4. Jurisdiction is conferred on this Court over the subject matter of this litigation pursuant to 28 U.S.C. §1331; 28 U.S.C. §1343; 42 U.S.C. §2000e-5(f)(3) and 42 U.S.C. §12117.

5. Defendant is an "employer" as that term is defined by 42 U.S.C. §2000e(b) and 42 U.S.C. §12111(5).

6. Ruby was an "employee" as that term is defined by 42 U.S.C §2000e(f) and 42 U.S.C. §12111(4).

7. Ruby satisfied his obligation to exhaust his administrative remedies having timely filed a Charge of Discrimination with the U.S. Equal Employment Opportunity Commission ("EEOC") against Defendant alleging discrimination based on disability and race. Ruby received the required Notice of his Right to Sue and timely files this action.

8. A substantial part of the events, transactions, and occurrences relevant to this lawsuit arose within the geographical environs of the Southern District of Indiana; thus, venue is proper in this Court.

## IV. FACTUAL ALLEGATIONS

9. Ruby is African American.

10. Ruby began working for Defendant in or around October/November 2021 as a Highway Technician.

11. At all relevant times, Plaintiff met or exceeded Defendant's legitimate performance expectations.

12. In or around January/February 2022, Ruby sustained an injury while lifting a deer within the course and scope of his duties for Defendant. Following his injury, from February 2022 through April 2022, Ruby was taken off of work through workers' compensation.

13. When Ruby returned to work, in or around April 2022, he was sent to Greenfield, Indiana to obtain a CDL.

14. Upon arriving at the testing facility, Ruby's examiner, Tom (LNU) ("Tom"), identified Ruby as "the Indiana DOT guy". Ruby also heard other employees refer to him as "the one that sued", in regard to his workers compensation claim. Ruby was later informed that Tom never passes Indiana DOT employees.

15. Defendant's CDL examination consists of a two-part test. Ruby was required to complete a walk around followed by an air brake test to obtain his CDL. Ruby was not supposed to perform the air brake test unless he successfully completed the walk around portion.

16. After Ruby completed both portions of the examination, Tom informed him that he had failed the walk around test but had passed the air brake test. Ruby immediately rescheduled the entire exam for approximately two to three days later.

17. Defendant passed similarly situated, non-African American employees on their first attempt of trying to obtain a CDL. Furthermore, Caucasian employees who did not pass within 90 days were given an additional chance to pass the examination and were not terminated.

18. Defendant alleged that Plaintiff was terminated for failing to obtain his CDL in 90 days.

## V. CAUSES OF ACTION

### COUNT I: RACE DISCRIMINATION

19. Ruby hereby incorporates paragraphs one (1) through eighteen (18) of his Complaint as if the same were set forth at length herein.

20. Defendant discriminated against Ruby because of his race.

21. Defendant's actions were intentional, willful, and taken in reckless disregard of Ruby's legal rights.

27. Defendant's unlawful actions have violated Ruby's rights as protected by Title VII of the Civil Rights Act of 1964.

28. Ruby has suffered damages as a result of Defendant's unlawful actions.

## COUNT II: WORKERS' COMPENSATION RETALIATION

29. Ruby hereby incorporates paragraphs one (1) through twenty-eight (28) of his Complaint as if the same were set forth at length herein.

30. Defendant retaliated against Ruby for his pursuit of Workers' Compensation Benefits by terminating his employment in violation of Indiana law.

31. Defendant's actions were intentional, willful, and in reckless disregard of Ruby's rights as protected by Indiana law.

32. Ruby has suffered damages as a result of Defendant's unlawful actions.

## VI. REQUESTED RELIEF

WHEREFORE, Plaintiff, Ruben Ruby, respectfully requests that this court enter judgment in his favor and award him the following relief:

1. Reinstate Ruby's employment to the position, salary, and seniority level he would have enjoyed but for Defendant's unlawful actions; and/or payment to Ruby of front pay in lieu thereof;

2. All wages, benefits, compensation, and other monetary loss suffered as a result of Defendant's unlawful actions;

3. Compensation for any and all other damages suffered as a consequence of Defendant's unlawful actions;

4. Compensatory damages;

5. Punitive damages;

6. All costs and attorney's fees incurred as a result of bringing this action;

7. Pre- and post-judgement interest on all sums recoverable; and

8. All other legal and/or equitable relief this Court sees fit to grant.

    Respectfully submitted,

    BIESECKER DUTKANYCH & MACER, LLC
    By:  */s/ Sarah Guffey*
    Sarah Guffey
    144 North Delaware Street
    Indianapolis, IN 46204
    Telephone: (317) 991 - 4765
    Email: sguffey@bdlegal.com
    *Counsel for Plaintiff, Ruben Ruby*

## **DEMAND FOR JURY TRIAL**

Plaintiff, Ruben Ruby, by counsel, requests a trial by jury on all issues deemed so triable.

                Respectfully submitted,

                BIESECKER DUTKANYCH & MACER, LLC
                By: */s/ Sarah Guffey*
                Sarah E. Guffey, #36230-29
                144 North Delaware Street Indianapolis, IN 46204
                Telephone: (317) 991 - 4765
                Email: sguffey@bdlegal.com
                *Counsel for Plaintiff, Ruben Ruby*