UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RUBEN RUBY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-00231-MG-JMS |
| | ) | |
| INDIANA DEPARTMENT OF TRANSPORTATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Pending before the Court is Defendant's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 25(a).

After filing his Complaint in February of 2023 and participating in the first telephonic status conference, Plaintiff Mr. Ruby has been absent from this case. This absence first came to the Court's attention in November of 2023, when his counsel moved to withdraw because they had been unable to reach him for some time. [Filing No. 29]. Plaintiff, then pro se, did not appear at the December 2023, status conference, so the Court issued a show cause order asking Plaintiff to explain why the case shouldn't be dismissed for failure to prosecute. [Filing No. 33.]

Just one day later, the Court received notice that Mr. Ruby passed away, likely in the summer of 2023. [Filing No. 35.] Defendant then filed a motion to stay the proceedings pending a motion for substitution under Rule 25(a).

> If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed.

Fed. R. Civ. P. 25(a)(1).

Notice of Plaintiff's death, filed December 7, 2023, triggered a March 6, 2024, deadline for an interested party to file a motion to substitute. "Upon filing the statement of suggestion of death on the record, the 90– day clock begins to run." *Thompson v. Dearborn Cnty. Comm'rs*, No. 4:12-CV-00055-SEB, 2013 WL 121256, at *1 (S.D. Ind. Jan. 8, 2013). No substitute party has appeared or filed an interest in this case.

Defendant's motion to dismiss pursuant to Federal Rule of Civil Procedure 25(a) is GRANTED. This case is dismissed with prejudice, with each party to bear its own costs and fees.

Date: 5/3/2024

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:
To ECF Counsel of Record